**Paul GRAHAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63271.**

Missouri Court of Appeals,
Western District.

Nov. 9, 2004.

Ruth B. Sanders, Assistant Appellate Defender, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

### Order

PER CURIAM.

Paul R. Graham entered an *Alford* plea to the class A felony of assault in the first degree. Pursuant to a plea agreement, the plea court suspended imposition of his sentence and placed him on probation for five years. After Mr. Graham stipulated

---

1. All statutory references are to RSMo 2000, unless otherwise indicated.

to his subsequent probation violations, the court revoked his probation and sentenced him to ten years imprisonment pursuant to the provisions of section 559.115 RSMo 2000. Mr. Graham was not released pursuant to section 559.115 and was delivered to the Department of Corrections to serve his ten-year sentence. He then filed for post-conviction relief under Rule 24.035, alleging his plea was involuntary due to ineffective assistance of counsel. He now appeals the motion court's judgment denying his Rule 24.035 motion after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).